**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SEA LA VIE, LLC,

    Plaintiff,

v.                                       Case No. 3:18-cv-641-J-32PDB

CAPTAIN CURT W. FISHER,

    Defendant.

_____

## O R D E R

This case is before the Court on Plaintiff Sea La Vie, LLC's Amended Motion for Default Judgment (Doc. 12). On July 26, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 17) recommending that the motion be granted, and that the Clerk should enter final judgment in favor of Plaintiff and against Defendant Captain Curt W. Fisher and close the file. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 17), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 17) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Sea La Vie, LLC's Amended Motion for Default Judgment (Doc. 12) is **GRANTED**.

3. The Clerk shall enter final judgment for Plaintiff Sea La Vie, LLC, and against Defendant Captain Curt Fisher in the amount of $95,941 and then close the case.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of August, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record